**JS-6**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| PORTOFINO SPAS, LLC, a New York limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTOFINO – LOS ANGELES CORPORATION, a California corporation; PORTOFINO SANTA MONICA, INC., a California corporation; and JENNIFER PHILLIPS, an individual residing in California,<br><br>        Defendants. | CASE NO. CV 13-6464-GW(ASx)<br><br>The Hon. George H. Wu<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |
|---|---|

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

3  PLEASE TAKE NOTICE THAT having reviewed and considered Plaintiff Portofino Spas, LLC, and Defendants Portofino-Los Angeles Corporation, Portofino Santa Monica, Inc., and Jennifer Phillips (collectively "the Parties") Joint Stipulation to Dismiss All Claims with Prejudice, and good cause appearing therefor, the COURT HEREBY ORDERS that this entire action (all claims) is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), each party to bear its own fees and costs.  The Court shall retain jurisdiction to implement or enforce the terms of the parties' settlement agreement.

DATED:  November 20, 2014        By: _____
                                      Honorable George H. Wu
                                      United States District Judge